UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MOHAMED BAHI,

Defendant.

**WAIVER OF INDICTMENT**

25 Cr. ___ (DEH)

25cr358

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Mohamed Bahi
Defendant

_____
Witness
Nicole Morales - Deputy

_____
Derek Adams, Esq.
Attorney for Defendant

Dated: New York, New York
       August 12, 2025