

**Potomac Law Group, PLLC**

1177 Avenue of the Americas, 5th Floor | New York, NY 10036
1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.743-1511 | F 202.318.7707 | www.potomaclaw.com
dadams@potomaclaw.com

December 1, 2025

The Honorable Dale E. Ho
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Application **GRANTED**. The Court directs Pretrial Services to permanently release the passport of Defendant Mohamed Bahi. The Clerk of Court is respectfully directed to closed ECF No. 51. **SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 8, 2025
New York, New York

Re: <u>United States v. Mohamed Bahi, 1:25-cr-00358</u>

Dear Judge Ho:

I write to respectfully request that the Court order the permanent release of Mohamed Bahi's ("Bahi") passport by the United States District Court Pretrial Services Agency ("Pretrial Services"). On or about October 8, 2024, as a condition of his release in the above-referenced matter (original number 1:24-mj-03535), Bahi surrendered his passport to Pretrial services. The government has no objection to Bahi's request for the return of his passport.

Respectfully submitted,

/s/Derek Adams
Derek Adams

*Counsel for Defendant*